# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02958-SVW-E | Date | November 18, 2025 |
| Title | *Kevin Realworldfare v. Kristia Larocchia et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DENYING PLAINTIFF'S EMERGENCY DEMAND FOR IMMEDIATE RESTORATION OF WATER SERVICE, TEMPORARY RESTRAINING ORDER (TRO), PRELIMINARY INJUNCTION, AND MANDATORY ORDER FOR SPECIFIC PERFORMANCE [5]

Before the Court is a combined application requesting a temporary restraining order, preliminary injunction, and mandatory order for specific performance brought by Plaintiff Kevin Realworldfare. ECF No. 5.

Under *Winter v. Nat. Res. Def. Council*, Plaintiff must demonstrate a likelihood of success on the merits on his claims. 555 U.S. 7, 20 (2008). The Court finds that Plaintiff has not made such a showing. In fact, Plaintiff's application is nearly indecipherable. The Court is not in a position to speculate as to what Plaintiff's arguments are. Accordingly, Plaintiff's application is DENIED.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | DTA |