UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:25-cv-02958-SVW-ACCV** | Date: | February 26, 2026 |
|---|---|---|---|

Title: ***Kevin Realworldfare v. Kristia Larocchia, et. al.***

Present: The Honorable  Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

On November 4, 2025, Plaintiff Kevin Realworldfare ("Plaintiff") filed a complaint in this Federal Court.  Pursuant to Fed. R. Civ. P 4(m) Plaintiff must serve the summons and complaint on all named defendants within 90 days after the complaint is filed.  It has been more than 90 days since the complaint in this action was filed, and there is no indication that the defendants have been served by filing the proof of service.

Accordingly, on or before **March 11, 2026**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file a proof of service demonstrating proper service of the summons and complaint on all defendants.

The Court advises Plaintiff that failure to serve the summons and complaint and file proof of service by March 11, 2026, may result in dismissal of this action for failure to prosecute. Filing the proof of service on or before this date shall constitute compliance with this Order.

**IT IS SO ORDERED.**