JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REALWORLDFARE,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>KRISTIA LAROCCHIA, et al.,<br><br>                    Defendants. | Case No. 5:25-cv-02958-SVW-ACCV<br><br><br>**JUDGMENT** |

Pursuant to the Presented By Order Dismissing the Petition, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

Dated:  May 1, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge